IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **Inventergy LBS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Brickyard Wireless, L.L.C.,**<br><br>Defendant. | Case No. 1:19-cv-00802-WLO<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF INVENTERGY'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Inventergy LBS, LLC hereby dismisses this action **with prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment. Each party shall bear its own costs and attorneys' fees.

Dated: October 29, 2019

Respectfully submitted,

/s/ Seth L. Hudson
Seth L. Hudson
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211 USA
Tel: 704.790.3600
Fax: 704.366.9744
shudson@worldpatents.com

Isaac Rabicoff
(*Pro Hac Vice admission pending*)
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff
Inventergy LBS, LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 29, 2019, via the Court's CM/ECF system.

<u>/s/ Seth L. Hudson</u>
Seth L. Hudson